---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 21-03149-FWS (ADSx)            Date: July 12, 2022
Title: Frank Edward Edmonds v. City of Los Angeles et al

---

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**     **SCHEDULING ORDER**

     The court, having reviewed the pleadings, docket, and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), considers this case ready to commence trial proceedings. <u>Notwithstanding</u> the court's Order on Pretrial and Trial Procedures (Civil Cases) filed concurrently herewith, the court sets the following schedule:

| | |
|---|---|
| Check one: [x] Jury Trial  or  [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **6/20/2023** |
| Trial Length | **14 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **6/8/2023** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **9/15/2022** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **12/8/2022** |
| Expert Disclosure (Initial) | **12/22/2022** |
| Expert Disclosure (Rebuttal) | **1/5/2023** |
| Expert Discovery Cut-Off | **1/19/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **3/16/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  Select one:<br>    [ ] 1. Magistrate Judge (with Court approval)<br>    [ ] 2. Court's Mediation Panel<br>    [x] 3. Private Mediation | **3/30/2023** |

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 21-03149-FWS (ADSx)　　　　　　　　　　　　Date: July 12, 2022
Title: Frank Edward Edmonds v. City of Los Angeles et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 5/18/2023 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 5/25/2023 |

**cc: ADR**　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  mku