**HYDEE FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**SHANT TASLAKIAN**, Deputy City Attorney (SBN 272485)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-8722; Fax No.: (213) 978-8785
Email: Shant.Taslakian@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, et al.,**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD EDMONDS,<br><br>           Plaintiff,<br><br>   vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHARLIE L. BECK, MICHEL R. MOORE, ZADI BORQUEZ-RIVERA, DELANO HUTCHINS, JEFFREY JOYCE, JUAN LOBO, MATTHEW MARTINEZ, EDWARD PERNESKY, AARON THOMPSON, REX INGRAM, ERNEST SPARKMAN, RYAN WHITEMAN, JENNIFER RAMIREZ, MATTHEW HOFFMAN, ACKLEY MAYER TUCKER, ALEXANDRE DELIEUZE, ALCENDA NEAL, CHARLES BALEY, ALFRED PASOS, JOSE SALAZAR, JAMES LINDER, TODD BURNS, and Does 1 through 100, inclusive,<br><br>           Defendants. | **CASE NO. CV21-03149 FWS (ADSx)**<br>*The Hon. Fred W. Slaughter*<br>*Magistrate Judge Autumn D. Spaeth*<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (*PHASE I*)**<br><br>TRIAL:     January 23, 2024<br>TIME:       8:30 a.m.<br>PLACE:    Courtroom 10D (Santa Ana) |

1

**TO THIS HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL:**

Defendants CITY OF LOS ANGELES, ZADI BORQUEZ-RIVERA, TODD BURNS, DELANO HUTCHINS, REX INGRAM, JEFFREY JOYCE, JAMES LINDER, JUAN LOBO, MATTHEW MARTINEZ, MICHEL R. MOORE, ALCENDA NEAL, ALFRED PASOS, EDWARD PERNESKY, JOSE SALAZAR, ERNEST SPARKMAN, AARON THOMPSON AND RYAN WHITEMAN hereby submits this Proposed Special Verdict form for trial.

Dated: January 17, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Asst. City Atty.

By: /s/ *Shant Taslakian*
**SHANT TASLAKIAN**, Deputy City Attorney

*Attorneys for Defendants*, City of Los Angeles, et al.

1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD EDMONDS,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, CHARLIE L. BECK, MICHEL R. MOORE, ZADI BORQUEZ-RIVERA, DELANO HUTCHINS, JEFFREY JOYCE, JUAN LOBO, MATTHEW MARTINEZ, EDWARD PERNESKY, AARON THOMPSON, REX INGRAM, ERNEST SPARKMAN, RYAN WHITEMAN, JENNIFER RAMIREZ, MATTHEW HOFFMAN, ACKLEY MAYER TUCKER, ALEXANDRE DELIEUZE, ALCENDA NEAL, CHARLES BALEY, ALFRED PASOS, JOSE SALAZAR, JAMES LINDER, TODD BURNS, and Does 1 through 100, inclusive,<br><br>                  Defendants. | **CASE NO. CV21-03149 FWS (ADSx)**<br>*The Hon. Fred W. Slaughter*<br>*Magistrate Judge Autumn D. Spaeth*<br><br>**SPECIAL VERDICT FORM**<br><br>TRIAL:    January 23, 2024<br>TIME:    8:30 a.m.<br>PLACE:   Courtroom 10D (Santa Ana) |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## FABRICATION OF EVIDENCE CLAIM

**QUESTION NO. 1:**

Did Plaintiff Frank Edmonds prove by a preponderance of the evidence that Defendant Aaron Thompson intentionally fabricated evidence which caused him to be prosecuted for violating California Penal Code section 69?

_____ YES        _____ NO

*If you answered "Yes" to this Question, please go to Question No. 2.*
*If you answered "No" to this Question, please go to Question No. 3.*

**QUESTION NO. 2:**

Was the fabrication of evidence the cause of harm to Plaintiff Frank Edmonds?

_____ YES        _____ NO

*Please go to Question No. 3.*

## EXCULPATORY EVIDENCE CLAIM

**QUESTION NO. 3:**

Did Plaintiff Frank Edmonds prove by a preponderance of the evidence that Defendant Aaron Thompson withheld exculpatory evidence from the Los Angeles County District Attorney's Office?

_____ YES        _____ NO

*If you answered "Yes" to this Question, please go to Question No. 4.*
*If you answered "No" to this Question, please date and sign this Verdict Form.*

3

**QUESTION NO. 4**:

Did Plaintiff Frank Edmonds prove by a preponderance of the evidence that Defendant Aaron Thompson acted with 'deliberate indifference' in withholding exculpatory evidence from the Los Angeles County District Attorney's Office?

_____ YES        _____ NO

*If you answered "Yes" to this Question, please go to Question No. 5.*

*If you answered "No" to this Question, please date and sign this Verdict Form.*

**QUESTION NO. 5**:

Was the withholding of exculpatory evidence a cause of harm to Plaintiff Frank Edmonds?

_____ YES        _____ NO

*Please date and sign this Verdict Form.*

**DATE AND SIGNATURE OF FOREPERSON**

DATED: _____   _____
                             FOREPERSON OF THE JURY

4