**HYDEE FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**SHANT TASLAKIAN**, Deputy City Attorney (SBN 272485)
**REBEKAH YOUNG**, Deputy City Attorney (SBN 214859)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-8722; Fax No.: (213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants* **City of Los Angeles; Los Angeles Police Department; Charlie L. Beck; Michel R. Moore; Zadi Borquez-Rivera; Delano Hutchins; Jeffrey Joyce; Juan Lobo; Matthew Martinez; Edward Pernesky; Aaron Thompson; Rex Ingram; Ernest Sparkman; Ryan Whiteman; Alcenda Neal; Alfred Pasos; Jose Salazar; James Linder; and Todd Burns**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD EDMONDS,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, CHARLIE L. BECK, MICHEL R. MOORE, ZADI BORQUEZ-RIVERA, DELANO HUTCHINS, JEFFREY JOYCE, JUAN LOBO, MATTHEW MARTINEZ, EDWARD PERNESKY, AARON THOMPSON, REX INGRAM, ERNEST SPARKMAN, RYAN WHITEMAN, JENNIFER RAMIREZ, MATTHEW HOFFMAN, ACKLEY MAYER TUCKER, ALEXANDRE DELIEUZE, ALCENDA NEAL, CHARLES BALEY, ALFRED PASOS, JOSE SALAZAR, JAMES LINDER, TODD BURNS, and Does 1 through 100, inclusive,<br><br>  Defendants. | **CASE NO. CV21-03149 FWS (ADSx)**<br>District Judge: Hon. Judge Fred W. Slaughter<br>Magistrate Judge: Hon. Autumn D. Spaeth<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CHARLIE L. BECK; MICHEL R. MOORE; ZADI BORQUEZ-RIVERA; DELANO HUTCHINS; JEFFREY JOYCE; JUAN LOBO; MATTHEW MARTINEZ; EDWARD PERNESKY; AARON THOMPSON; REX INGRAM; ERNEST SPARKMAN; RYAN WHITEMAN; ALCENDA NEAL; ALFRED PASOS; JOSE SALAZAR; JAMES LINDER; AND TODD BURNS WITH PREJUDICE** |

**TO THE HONORABLE COURT**:

Plaintiff, Frank Edward Edmonds, and Defendants City of Los Angeles; Los Angeles Police Department; Charlie L. Beck; Michel R. Moore; Zadi Borquez-Rivera; Delano Hutchins; Jeffrey Joyce; Juan Lobo; Matthew Martinez; Edward Pernesky; Aaron Thompson; Rex Ingram; Ernest Sparkman; Ryan Whiteman; Alcenda Neal; Alfred Pasos; Jose Salazar; James Linder; and Todd Burns, hereby stipulate that Defendants shall be dismissed from this action with prejudice. Both Plaintiff and the Defendants shall bear their own attorneys' fees and costs in connection with this Stipulation.

**IT IS SO STIPULATED**.

Dated: Jan 19, 2024        **LAW OFFICES OF SHIKES & SZOCS**

By:    /s/ Stephen A. Shikes
       Stephen A. Shikes, Esq.
       Steven L. Szocs, Esq.
*Attorneys for Plaintiff,*
**FRANK EDWARD EDMONDS**

Dated: Jan 19, 2024        **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney
**SHANT TASLAKIAN,** Deputy City Attorney
**REBEKAH YOUNG,** Deputy City Attorney

By:    /s/    *Shant Taslakian*
       **SHANT TASLAKIAN,** Deputy City Attorney
       **REBEKAH YOUNG,** Deputy City Attorney
*Attorneys for Defendants,* **City of Los Angeles; Los Angeles Police Department; Charlie L. Beck; Michel R. Moore; Zadi Borquez-Rivera; Delano Hutchins; Jeffrey Joyce; Juan Lobo; Matthew Martinez; Edward Pernesky; Aaron Thompson; Rex Ingram; Ernest Sparkman; Ryan Whiteman; Alcenda Neal; Alfred Pasos; Jose Salazar; James Linder; and Todd Burns**