**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD EDMONDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT, CHARLIE L. BECK, MICHEL R. MOORE, ZADI BORQUEZ-RIVERA, DELANO HUTCHINS, JEFFREY JOYCE, JUAN LOBO, MATTHEW MARTINEZ, EDWARD PERNESKY, AARON THOMPSON, REX INGRAM, ERNEST SPARKMAN, RYAN WHITEMAN, JENNIFER RAMIREZ, MATTHEW HOFFMAN, ACKLEY MAYER TUCKER, ALEXANDRE DELIEUZE, ALCENDA NEAL, CHARLES BALEY, ALFRED PASOS, JOSE SALAZAR, JAMES LINDER, TODD BURNS, and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-03149-FWS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CHARLIE L. BECK; MICHEL R. MOORE; ZADI BORQUEZ-RIVERA; DELANO HUTCHINS; JEFFREY JOYCE; JUAN LOBO; MATTHEW MARTINEZ; EDWARD PERNESKY; AARON THOMPSON; REX INGRAM; ERNEST SPARKMAN; RYAN WHITEMAN; ALCENDA NEAL; ALFRED PASOS; JOSE SALAZAR; JAMES LINDER; AND TODD BURNS WITH PREJUDICE [154]** |

    Having reviewed and considered the parties' Joint Stipulation for Dismissal of Defendants CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT;

CHARLIE L. BECK; MICHEL R. MOORE; ZADI BORQUEZ-RIVERA; DELANO HUTCHINS; JEFFREY JOYCE; JUAN LOBO; MATTHEW MARTINEZ; EDWARD PERNESKY; AARON THOMPSON; REX INGRAM; ERNEST SPARKMAN; RYAN WHITEMAN; ALCENDA NEAL; ALFRED PASOS; JOSE SALAZAR; JAMES LINDER; and TODD BURNS with Prejudice [154] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Defendants CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CHARLIE L. BECK; MICHEL R. MOORE; ZADI BORQUEZ-RIVERA; DELANO HUTCHINS; JEFFREY JOYCE; JUAN LOBO; MATTHEW MARTINEZ; EDWARD PERNESKY; AARON THOMPSON; REX INGRAM; ERNEST SPARKMAN; RYAN WHITEMAN; ALCENDA NEAL; ALFRED PASOS; JOSE SALAZAR; JAMES LINDER; and TODD BURNS (collectively, "City Defendants") are **DISMISSED WITH PREJUDICE** from the above-captioned case.

2. Plaintiff Frank Edward Edmonds and the "City Defendants" shall bear their respective attorneys' fees and costs in connection with the dismissal of said City Defendants.

3. The clerk is directed to close the above-captioned case.

**IT IS SO ORDERED**.

Dated: January 19, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2